*In re* **Harper**, Kim L. (MR 18210)
Desoto, TX

Order of the Court:

The motion by Kim L. Harper to strike her name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.